UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

In re

18 COMMERCE LOGISTICS, LLC,

**NOTICE OF APPEARANCE
AND DEMAND FOR
SERVICE OF PAPERS**

Debtor.                 No. 26-18471 (SLM)

----------------------------------------------------------X

PLEASE TAKE NOTICE that the secured creditor, Fairport Asset Management II, LLC, hereby appears by its counsel, DRAKE LOEB PLLC, and demands pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address and telephone:

DRAKE LOEB PLLC
Attn.:  Alana R. Bartley, Esq.
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

Dated: New Windsor, New York
August 4, 2026

Yours, etc.,

DRAKE LOEB PLLC

By:   /s/ Alana R. Bartley
ALANA R. BARTLEY, ESQ.
*Attorneys for Creditor,*
*Fairport Asset Management II, LLC*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

To:   Fran B. Steele, USDOJ (via ECF)
      United States Trustee (via ECF)
      18 Commerce Logistics, LLC (via First Class Mail)